Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
BRODIE AMARANTE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODIE AMARANTE,<br><br>      Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:23-cv-00556-BAM<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>ORDER |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (35) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be August 16, 2023. This is Plaintiff's first request for an extension of time. Plaintiff's counsel needs additional time to prepare Plaintiff's motion for summary judgment due to multiple conflicting deadlines in other matters. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: July 11, 2023                                            Respectfully submitted,


                                                                          /s/ *Jared Walker*
                                                                          Jared T. Walker,
                                                                          Attorney for Plaintiff

SO STIPULATED:

                                             PHILLIP A. TALBERT
                                             United States Attorney

Dated: July 12, 2023        By:    /s/ *Justin Martin
                                                (*authorized by email on 7/12/2023)
                                                JUSTIN L. MARTIN
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file his Motion for Summary Judgment on or before August 16, 2023. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **July 13, 2023**                      /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE