Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
BRODIE AMARANTE

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODIE AMARANTE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:23-cv-00556-BAM<br><br>STIPULATION FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended seven (7) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be August 23, 2023.  This is Plaintiff's second request for an extension of time and is sought based on Plaintiff needing more time to obtain treatment reports he believes are missing from this administrative record.  Counsel apologizes for the inconvenience this request imposes and certifies this final extension is not sought to unduly delay this matter.  With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: August 15, 2023　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　/s/ *Jared Walker*
　　　　　　　　　　　　　　　　　Jared T. Walker,
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

SO STIPULATED:

PHILLIP A. TALBERT
United States Attorney

Dated: August 15, 2023        By:    /s/ *Justin L. Martin
                                      (*authorized by email on 8/15/2023)
                                      JUSTIN L. MARTIN
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant


ORDER

        Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for an extension of time to file an Opening Brief is GRANTED. Plaintiff shall file his Opening Brief on or before August 23, 2023. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

    Dated:   __August 16, 2023__          ____/s/ Barbara A. McAuliffe____
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR SECOND EXTENSION OF TIME
FOR PLAINTIFF TO FILE OPENING BRIEF